IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMO MUSIC CORPORATION, et al., | No. C 06-02514 CW |
|     Plaintiffs, | ORDER |
|   v. | |
| JAKOV ILICH, et al, | |
|     Defendants. / | |

    Default having been entered against all Defendants by the Clerk on May 22, 2006,

    IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for September 8, 2006, is continued to October 27, 2006, at 1:30 p.m.

Dated: 5/24/06

                                            CLAUDIA WILKEN
                                            United States District Judge

cc: Wings