STEPHEN V. BOMSE (Bar No. 40686)
E-mail: steve.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62562)
E-Mail: catherine.rosen@hellerehrman.com
BETHANY A. GLOVER (Bar No. 209423)
E-Mail: bethany.glover@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs§

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALMO MUSIC CORPORATION, CHAPPELL & CO., INC., LARRY STOCK MUSIC CO., JOELSONGS, EMI APRIL MUSIC INC. AND MONICA'S RELUCTANCE TO LOB,<br><br>Plaintiffs,<br><br>v.<br><br>JAKOV ILICH, KATE ILICH, ANDREA KRISTOVICH AND NEDJELKO KRISTOVICH,<br><br>Defendants. | Case No.: 4:06-cv-02514-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS JAKOV ILICH, KATE ILICH, ANDREA KRISTOVICH AND NEDJELKO KRISTOVICH, WITH [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above captioned action with prejudice and without costs to any party.

DATED: July 13, 2006                            HELLER EHRMAN LLP


                                                By: _____/s/_____
                                                    Bethany A. Glover
                                                    Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 4:06-CV-02514-CW

1  IT IS SO ORDERED.

2              7/17/06

3  Dated:_____        _____
4                                              JUDGE ~~JAMES LARSON~~
                                               ~~MAGISTRATE JUDGE~~

*(signed: Claudia Wilken)*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Darlene Giusti, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California.  I am over the age of 18 years and not a party to the within action.

My business address is Heller Ehrman LLP, 333 Bush Street, San Francisco, California, 94104.

On July 13, 2006, I served the following document:

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS JAKOV ILICH, KATE ILICH, ANDREA KRISTOVICH AND NEDJELKO KRISTOVICH, WITH [PROPOSED] ORDER**

on the parties to this action by placing true and correct copies in a sealed envelopes addressed as follows:

James M. Barrett, Esq.
Law Offices of James M. Barrett
P.O. Box 391228
Mountain View, CA  94041

for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this proof of service was executed on July 13, 2006 at San Francisco, California.


                                                    /s/
                                        Darlene Giusti